UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS INDEMNITY COMPANY and TRIUMPH CONSTRUCTION CORP.,

Plaintiffs,

-against-

UNITED STATES FIRE INSURANCE COMPANY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025

1:22-cv-6440-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The parties shall file a joint letter by February 14, 2025 informing the Court of the status of this case, including whether Defendant still wishes to file a motion to compel.

**SO ORDERED.**

Date: **February 10, 2025**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1