**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRIUMPH CONSTRUCTION CORP.,

                     Plaintiff,                              22 **CIVIL** 6440 (MKV)

        -against-                                       **JUDGMENT**

UNITED STATES FIRE INSURANCE
COMPANY,

                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 6, 2026, Triumph's motion for summary judgment is DENIED, US Fire's motion for summary judgment is GRANTED, and Triumph's claims are DISMISSED without prejudice for lack of standing; accordingly, the case is closed.

**Dated:** New York, New York
        March 9, 2026

                                          **TAMMI M. HELLWIG**
                               _____
                                        **Clerk of Court**

                                     K. mango
           **BY:**
                                        _____
                                         **Deputy Clerk**